IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCO MCKNIGHT,

    Petitioner,

v.

C. HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-576-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing petitioner's petition for a writ of habeas corpus.

By: _____, Chief Deputy Clerk     10-26-09

    Peter Oppeneer, Clerk of Court           Date